IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02237-WYD-KLM

ESTATE OF TIMOTHY GLENN MATHIS, by Dee Babb and Genese Mathis as Personal Representatives;
DEE BABB, as Parent and Personal Representative, and
ANGELINA A. MATHIS, as Daughter of Timothy Glenn Mathis

     Plaintiff(s),

v.

KEVIN KINGSTON,
CHRIS GILLILAND,
BILL NESTLERODE,
JAMES ALDERDEN,
JOHN DOE DEPUTY SHERIFFS 1-10, each in his/her individual and official capacity, and
LARIMER COUNTY BOARD OF COMMISSIONERS,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendants' Unopposed Motion to Modify Scheduling Order To Extend Dispositive Motion Deadline** [Docket No. 28; Filed July 31, 2008] (the "Motion"). For good cause shown,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED.** The Scheduling Order entered on January 9, 2008 [Docket No. 16], and modified on July 22, 2008 [Docket No. 27], is amended to extend the deadline for the parties to file dispositive motions to on or before **October 15, 2008**.

     Dated:     August 1, 2008