IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02237-WYD-KLM

ESTATE OF TIMOTHY GLENN MATHIS, by Dee Babb and Genese Mathis as Personal Representatives;
DEE BABB, as Parent and Personal Representative, and
ANGELINA A. MATHIS, as Daughter of Timothy Glenn Mathis

      Plaintiff(s),

v.

KEVIN KINGSTON,
CHRIS GILLILAND,
BILL NESTLERODE,
JAMES ALDERDEN,
JOHN DOE DEPUTY SHERIFFS 1-10, each in his/her individual and official capacity, and
LARIMER COUNTY BOARD OF COMMISSIONERS,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on **Defendants' Unopposed Motion to Amend Pretrial Order Regarding Independent Medical Examination of Angelina Mathis** [Docket No. 74; Filed April 20, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The deadline for Defendants to conduct the independent medical examination of Plaintiff Angelina Mathis is extended to **April 23, 2009**.

Dated:      April 20, 2009